UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANIX, INC., et al., | |
| Plaintiffs, | Case No. 2:11-cv-01502-LDG-PAL |
| vs. | **ORDER** |
| MARK WREHL, | (Substitution of Counsel - Dkt. #36) |
| Defendant. | |

This matter is before the court on a Substitution of Attorneys (Dkt. #36) filed January 20, 2012. It seeks to substitute Arthur Corona and Sy Nazif in the place and stead of Jason Bach as attorneys for Defendant Mark Wrehl this matter.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented.  It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."  This case was removed to this court on September 19, 2011.  Discovery closes on March 20, 2012.

**IT IS ORDERED** that Defendant's request to substitute Arthur Corona and Sy Nazif in the place and stead of Jason Bach is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 23rd day of January, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE