1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                                  **DISTRICT OF NEVADA**
7   JANIX, INC., et al.,                          )
                                                  )   Case No. 2:11-cv-01502-LDG-PAL
8                          Plaintiffs,            )
                                                  )                **ORDER**
9   vs.                                           )
                                                  )
10  MARK WRHEL, et al.,                           )
                                                  )
11                         Defendants.            )
                                                  )
12  _____

13        Before the court is the parties' Stipulated Protective Order Regarding Confidential Information
14  (Dkt. #14), which the court approved to facilitate discovery in this case.  This order also reminds
15  counsel that there is a presumption of public access to judicial files and records.  A party seeking to file
16  a confidential document under seal must file a motion to seal and must comply with the Ninth Circuit's
17  directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).
18        The court has approved the parties' blanket protective order to facilitate their discovery
19  exchanges.  However, the parties have not shown, and court has not found, that any specific documents
20  are secret or confidential.  The parties have not provided specific facts supported by affidavits or
21  concrete examples to establish that a protective order is required to protect any specific trade secret or
22  other confidential information *under* Rule 26(c) or that disclosure would cause an identifiable and
23  significant harm.  The Ninth Circuit has held that there is a presumption of public access to judicial
24  files and records and that parties seeking to maintain the confidentiality of documents attached to non-
25  dispositive motions must show good cause exists to overcome the presumption of public access.  *See*
26  *Kamakana* 447 F.3d at 1179.  Parties seeking to maintain the secrecy of documents attached to
27  dispositive motions must show compelling reasons sufficient to overcome the presumption of public
28  access.  *Id.* at 1180.

Accordingly,

**IT IS ORDERED** that the parties shall comply with the requirements of LR 10-5(b), and the Ninth Circuit decision in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), with respect to any documents filed under seal.

Dated this 30th day of January, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE