UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANIX, INC., et al., | 2:11-cv-1502-LDG-PAL |
| Plaintiffs, | |
| v. | **ORDER** |
| MARK WRHEL, et a., | |
| Defendants. | |

On September 30, 2011, plaintiffs filed a motion for preliminary injunction (#9). Following dispute resolution efforts by the magistrate judge and the parties' further discussions, the parties entered into a settlement agreement. On August 23, 2012, plaintiffs filed a motion to set aside the settlement agreement (#87), and have also filed motions for a temporary restraining order (#92) and preliminary injunction (#93) regarding the enforcement of the settlement agreement. The magistrate judge has deferred discovery hearing until resolution of the motion to set aside the settlement agreement. In the interests of management of the case,

THE COURT HEREBY ORDERS that the motion for preliminary injunction (#9) is DENIED without prejudice to its reinstatement following resolution of the motion to set aside the settlement agreement.

1  THE COURT FURTHER ORDERS that a hearing on the motion to set aside the
2  settlement agreement (#87) shall be conducted on the __18__th day of __October__ /Thursday, 2012, at
3  _9:00 a.m._, before this court.

5  Dated this _26_ day of September, 2012.

_____
Lloyd D. George
United States District Judge

2