# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JANIX, INC., et al., | ) | |
| Plaintiffs, | ) | Case No. 2:11-cv-01502-LDG-PAL |
| vs. | ) | **ORDER** |
| MARK WRHEL, et al., | ) | (Mot Withdraw or Strike - Dkt. #114) |
| Defendants. | ) | |

Before the court is Plaintiffs' Notice of Withdrawal of Motions Filed Under Seal on September 14, 2012 (Sealed Document #103, #104 and #105) (Dkt. #114). Counsel for Plaintiffs explains that the motions were filed and sealed in error on September 14, 2012. Plaintiff therefore asks that the motions be deemed withdrawn or stricken as fugitive documents. When the error was discovered, counsel for Plaintiffs took corrective action and filed Motions for Leave to File Under Seal Docket #109 and #111 on September 17, 2012, with briefs supporting the motions filed under seal.

Having reviewed and considered the matter,

**IT IS ORDERED** Plaintiffs' sealed filings (Dkt. #103, 104, 105) are deemed **WITHDRAWN,** and **STRICKEN.**

Dated this 24th day of September, 2012.

_____
Peggy A. Leen
United States Magistrate Judge