# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JANIX, INC., et al., | ) | |
| Plaintiffs, | ) | Case No. 2:11-cv-01502-LDG-PAL |
| vs. | ) | **ORDER** |
| MARK WRHEL, et al., | ) | (Mot.'s to Seal - Dkt. ##107, 109, 115) |
| Defendants. | ) | |

Before the court is a Motion for Leave to file Objection to Plaintiffs' Evidence Including the Declaration of of Rick Tosado Purportedly Filed in Support of Plaintiffs' Reply to Defendant's Response to Plaintiffs' Petition to Set Aside Settlement Agreement (Dkt. #107); Motion for Leave to File Under Seal (Dkt. #109); and Motion for Leave to File Response to Plaintiffs' Motion for Evidentiary Hearing and Discovery Under Seal (Dkt. #115).  Each of the motions to seal request that documents be sealed because they involve arguments concerning the parties' confidential settlement agreement.  Both sides agree that the parties bargained for a confidential settlement agreement, the terms of which would be disclosed if the motions were publicly filed.  Having reviewed and considered the matter,

**IT IS ORDERED** that the Motions for Leave to File Under Seal (Dkt. ##107, 109, 115) are **GRANTED.**

Dated this 24th day of September, 2012.

_____
Peggy A. Leen
United States Magistrate Judge