MEGAN K. DORSEY, ESQ. (NV Bar No. 6959)
KOELLER NEBEKER CARLSON HALUCK LLP
300 S. Fourth Street, Suite 500
Las Vegas, Nevada 90101
Tel. (702) 853-5500
Fax (702) 853-5599

CHRISTOPHER R. CLARK, ESQ. (CA Bar No. 124393)
FINGAL, FAHRNEY & CLARK, LLP
5120 Campus Drive, Suite 200
Newport Beach, California 92660
Tel. (949) 723-8100
Fax (949) 723-8108

Attorneys for Defendant/Counter-Claimant Sergio Hale

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANIX, INC., a Nevada Corporation; NADO, a Nevada Corporation; AMBERICK, LLC, an Arizona Limited Liability Company; and Rick Tosado, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK WRHEL, aka CHRISTOPHER MARK WRHEL, an individual; SERGIO HALE, an individual; and DOES I through XXX; and ROE ENTITIES I through XXX,<br><br>Defendants. | Case No.: 2:11-cv-01502-LDG-PAL<br><br>STIPULATED JUDGMENT<br><br>Complaint Filed: September 1, 2011<br><br>Pre-Trial Order: October 5, 2012<br><br>Trial Date: None |
| SERGIO HALE, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>RICHARD TOSADO, an individual; JANIX, INC., a Nevada corporation; NADO CORPORATION, a Nevada corporation; AMBERICK, INC., an Arizona corporation; and ROES 1 through 50, inclusive,<br><br>Counter-Defendants. | |

1

1    Having considered the file in this action, the Stipulation for Entry of Judgment between
2 Plaintiffs/Counter-Defendants Rick Tosado, Janix, Inc., Nado Corporation, and Amberick, LLC
3 aka Amberick, Inc. (collectively "Plaintiffs") and Defendant/Counter-Claimant Sergio Hale
4 ("Defendant"), and finding good cause,
5    IT IS ORDERED, ADJUDGED AND DECREED:
6    1.   Defendant recovers from Plaintiffs, jointly and severally, damages in the amount of
7 $ 132,600.00                .
8    2.   The parties hereto waive their right to a new trial and appeal.

Dated: 24 April 2013                    _____
                                         UNITED STATES DISTRICT JUDGE
                                         Lloyd D. George