1  MEGAN K. DORSEY, ESQ. (NV Bar No. 6959)
   KOELLER NEBEKER CARLSON HALUCK LLP
2  300 S. Fourth Street, Suite 500
   Las Vegas, Nevada 90101
3  Tel. (702) 853-5500
   Fax (702) 853-5599
4
   CHRISTOPHER R. CLARK, ESQ. (CA Bar No. 124393)
5  FINGAL, FAHRNEY & CLARK, LLP
   5120 Campus Drive, Suite 200
6  Newport Beach, California 92660
   Tel. (949) 723-8100
7  Fax (949) 723-8108

8  Attorneys for Defendant/Counter-Claimant Sergio Hale

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 
   JANIX, INC., a Nevada Corporation; NADO,       ) Case No.: 2:11-cv-01502-LDG-PAL
12 a Nevada Corporation; AMBERICK, LLC, an        )
   Arizona Limited Liability Company; and Rick    ) STIPULATED JUDGMENT
13 Tosado, an individual,                         )
                                                  )
14              Plaintiffs,                       ) Complaint Filed: September 1, 2011
                                                  )
15 vs.                                            ) Pre-Trial Order: October 5, 2012
                                                  )
16 MARK WRHEL, aka CHRISTOPHER                    ) Trial Date: None
   MARK WRHEL, an individual; SERGIO              )
17 HALE, an individual; and DOES I through        )
   XXX; and ROE ENTITIES I through XXX,           )
18                                                )
                Defendants.                       )
19 _____        )
                                                  )
20 SERGIO HALE, an individual,                    )
                                                  )
21              Counter-Claimant,                 )
                                                  )
22 vs.                                            )
                                                  )
23 RICHARD TOSADO, an individual;                 )
   JANIX, INC., a Nevada corporation; NADO        )
24 CORPORATION, a Nevada corporation;             )
   AMBERICK, INC., an Arizona corporation;        )
25 and ROES 1 through 50, inclusive,              )
                                                  )
26              Counter-Defendants.               )
27 _____        )

28

1  Having considered the file in this action, the Stipulation for Entry of Judgment between Plaintiffs/Counter-Defendants Rick Tosado, Janix, Inc., Nado Corporation, and Amberick, LLC aka Amberick, Inc. (collectively "Plaintiffs") and Defendant/Counter-Claimant Sergio Hale ("Defendant"), and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED:

1. Defendant recovers from Plaintiffs, jointly and severally, damages in the amount of $ 132,600.00                .

2. The parties hereto waive their right to a new trial and appeal.

Dated: 24 April 2013                    /s/ Lloyd D. George
                                        UNITED STATES DISTRICT JUDGE
                                        Lloyd D. George